UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONNIE LEE HICKS, II,

                Plaintiff,

   v.

PAUL PASTOR, D. RICCI, B. CAMMER,

                Defendants.

CASE NO. 3:19-CV-5790-RBL-DWC

ORDER

On October 28, 2019 the Court directed service of Plaintiff's Amended Complaint ("Complaint"). Dkt. 13. Waivers of service were due December 4, 2019. *See* docket entry dated October 28, 2019. To date, Defendants Ricci and Cammer have not returned waivers of service. *See* Dkt. Defense counsel has not appeared on behalf of Defendants Ricci or Cammer. *See* Dkt. In his Complaint, Plaintiff alleges Defendants Ricci and Cammer are medical staff employees at the Pierce County Jail. Dkt. 11.

The court has no jurisdiction over Defendants Ricci and Cammer until they have been properly served under Fed. R. Civ. P. 4. *Direct Mail Specialists, Inc. v. Eclat Computerized*

*Techs., Inc.*, 840 F.2d 685, 688 (9th Cir. 1988). Under Rule 4(c)(2), the Court may order that personal service be made by a United States Marshal. However, in this district, the marshals do not attempt personal service upon a defendant unless mail service is unavailing. *See* Local Rule 4(c).

If Defendant Pastor is in possession of the last known business or residential address of Defendants Ricci and/or Cammer, Defendant Pastor is ordered to submit such address(es) to the Court **under seal on or before January 17, 2020** so that the Clerk may attempt to effect service. This solution alleviates two concerns involving prisoner litigation: (1) the security risks inherent in providing prisoners with addresses of people formerly employed by the state; and (2) reducing the problems prisoners sometimes encounter when they are attempting to access information through the government. *Sellers v. United States*, 902 F.2d 598, 602-603 (7th Cir. 1990). Defendants Ricci and Cammer may also satisfy this order by filing a waiver and by having counsel enter a notice of appearance on his or her behalf. All service documents with said address(es) shall also be filed under seal.

Dated this 17th day of December, 2019.

David W. Christel
United States Magistrate Judge