UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONNIE LEE HICKS, II,

          Plaintiff,

v.

PAUL PASTOR, D. RICCI, B. CAMMER,

          Defendants.

No. 3:19-CV-5790-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS MATTER is before the Court on Magistrate Judge David W. Christel's Report and Recommendation [Dkt. # 28], recommending granting Defendant Paul Pastor's motion to dismiss. Hicks has not objected.

(1)     The Report and Recommendation is **ADOPTED**;

(2)     Defendant Pastor's Motion to Dismiss [Dkt. # 20] is **GRANTED**. Defendant Pastor is dismissed from this action.

The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 13th day of April, 2020.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1