UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

Ronnie Lee Hicks II,

        Plaintiff,

v.

D. Ricci and B. Cammer,

        Defendants.

CASE NO. 3:19-cv-05790-RBL-DWC

REPORT AND RECOMMENDATION

NOTED FOR: JUNE 26, 2020

The District Court has referred this action, filed pursuant to 42 U.S.C. § 1983, to United States Magistrate Judge David W. Christel. Plaintiff's remaining claims allege Defendants D. Ricci and B. Cammer violated his Eighth and Fourteenth Amendment rights when he was denied eyeglasses.[1] Dkt. 11. On February 26, 2020, Defendants Ricci and Cammer filed a Motion to Dismiss (the "Motion"). Dkt. 27. The Motion was returned as undeliverable when sent to Plaintiff, and it was noted on the docket Plaintiff is now housed at Clallam Bay Corrections

---

[1] District Judge Ronald B. Leighton adopted the undersigned's Report and Recommendation dismissing Defendant Pastor from his action. Dkt. 28, 29. Therefore, Defendant Pastor has been removed from the caption in this matter.

REPORT AND RECOMMENDATION - 1

Center. Dkt entry dated February 28, 2020. Plaintiff did not file a separate notice of address change. *See id.* The Motion was re-served on Plaintiff at his new address. *See id.* Plaintiff has not filed a response to the Motion. Plaintiff has also not taken any action in this case since December 20, 2019. *See* Dkt. 19.

On April 17, 2020, the Court ordered Plaintiff to respond to the Motion and/or provide a status update informing the Court whether he wishes to proceed with this action against Defendants Ricci and Cammer. Dkt. 30. Plaintiff was advised that failure to respond to the Court's Order on or before May 15, 2020, would result in a recommendation this action be dismissed. *Id.*

Plaintiff has failed to response to the Court's Order, failed to response to the Motion, or take any action in this case since December 2019. *See* Dkt. Accordingly, the Court recommends dismissal of this action without prejudice for failure to prosecute and all pending motions be denied as moot. Based on the foregoing, the Court recommends any request for *in forma pauperis* on appeal be denied.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on June 26, 2020 as noted in the caption.

Dated this 1st day of June, 2020.

David W. Christel
United States Magistrate Judge