UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RONNIE LEE HICKS, II,<br><br>                      Plaintiff,<br>    v.<br><br>D. RICCI, B. CAMMER,<br><br>                      Defendants. | No. 3:19-CV-5790-RBL-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

THIS MATTER is before the Court on Magistrate Judge Christel's Report and Recommendation [Dkt. # 31], recommending dismissal of this matter without prejudice. Plaintiff has not objected.

    (1)    The Report and Recommendation is **ADOPTED**;

    (2)    This case is dismissed without prejudice for failure to prosecute. All pending motions are denied as moot.

    (3)    For the reasons articulated in the R&R, Plaintiff's *in forma pauperis* status is **REVOKED** in the event of an appeal.

The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

IT IS SO ORDERED.

    **DATED** this 23rd day of July, 2020.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1